QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
(shonmorgan@quinnemanuel.com)
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant Epson America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GALGON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EPSON AMERICA, INC.,<br><br>Defendant. | CASE No. 2:21-cv-01794-CBM-MRW<br><br>**DECLARATION OF SIRANUSH ARABIAN IN SUPPORT OF DEFENDANT EPSON AMERICA INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date: April 20, 2021<br>Time: 10:00 a.m.<br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8B |

Case No. 2:21-cv-01794-CBM-MRW
DECLARATION

## DECLARATION OF SIRANUSH ARABIAN

I, SIRANUSH ARABIAN, declare as follows:

1. I am the Director, Service and Support Operation for Epson America, Inc. (hereinafter, "Epson"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. I have worked for Epson in various service and support positions since December 1993. I have held the role of Director, Service and Support Operation since August 2017. In this role, I have access to and have reviewed Epson's records and other documents that provide the basis for my statements herein. Through this review and through the course of my regular duties as Director, Service Support Operation, I have personal knowledge of the facts stated herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Epson End User Software License Agreement ("software license"), which remained in effect from 2016 through today. The terms of the arbitration agreement set forth in Paragraph 14 of the software license did not change during that period. Exhibit 1 was kept in the ordinary course of Epson's business and retrieved from Epson's records system.

4. Throughout this period, users setting up an Epson printer have been required to view the software license as part of the set-up process—the software license is automatically displayed for the users to see during this process. The users are required to click a bubble that appears immediately after the displayed software license (just beneath the text of the license) to signify their agreement to the terms of the software license.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Epson End User Software License Agreement ("Updater EULA") that accompanied the software updates in effect for, among others, the Epson XP-640 Expression Premium Wireless Color Photo Printer with Scanner & Copier. Exhibit 2 was kept in the ordinary course of Epson's business and retrieved from Epson's records system.

6. The Updater EULA remained in effect throughout 2019 and 2020 (and through today) and the terms of the arbitration agreement set forth in Paragraph 22 of the Updater EULA did not change during that period.

7. To install software updates on (among others) the printer listed in Paragraph 5 above, users were required to view the Updater EULA, which was automatically displayed for the users to see, and the users were required to click, immediately after the displayed Updater EULA (just beneath the text of the Updater EULA), to signify their agreement to its terms.

8. The software license and Updater EULA contain opt-out provisions for customers who wish to opt-out of the arbitration agreements in the software license and Updater EULA. In the ordinary course of its business, Epson maintains records of any users who choose to opt-out of the arbitration agreements in the software license and Updater EULA. I have reviewed these records and confirmed Epson did not receive any opt-out notice from plaintiff John Galgon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 22, 2021, at Whittier CA.

By: _____
Siranush Arabian