UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GALGON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EPSON AMERICA, INC.,<br><br>Defendant. | CASE No. 2:21-cv-01794-CBM-MRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EPSON AMERICA INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date: April 20, 2021<br>Time: 10:00 a.m.<br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8B |

# [PROPOSED] ORDER

Before the Court is defendant Epson America, Inc.'s Motion to Compel Arbitration and Stay Proceedings. Having considered the briefing, evidence, and arguments raised by the parties in support of and in opposition to the Motion, the Court GRANTS in full the defendant's Motion.

For all the reasons stated in defendants' Motion, this action is compelled to arbitration, and to the extent plaintiffs have raised any disputes regarding the arbitrability of their claims, those disputes must be resolved by the arbitrator. This action is STAYED pending resolution of the arbitration proceedings. The Clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

Dated: _____

Hon. Consuelo B. Marshall
United States District Judge